

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Mark Palomo,                              * From the 161st District Court
                                           of Ector County
                                           Trial Court No. B-41,526.

Vs. No. 11-15-00119-CR                    * July 20, 2017

The State of Texas,                       * Memorandum Opinion by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.